IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VIOLETA PEREZ-PINON,

    Plaintiff,

v().                                 No. 1:24-cv-286 LF/KRS

INSTANT BRANDS, LLC,
INSTANT BRANDS, INC., and
CORRELLE BRANDS, LLC,

    Defendants.

## ORDER STAYING CASE PURSUANT TO BANKRUPTCY FILING

THIS MATTER comes before the Court on Plaintiff's Notice of Stay, (Doc. 2), and Defendants' Suggestion of Bankruptcy, (Doc. 4). The parties state that Defendants filed voluntary petitions in the United States Bankruptcy Court for the Southern District of Texas, pursuant to Chapter 11 of the Bankruptcy Code, and an Order entered in the Bankruptcy Case stays all product liability claims pending a final order in the "Suppliers' Litigation" portion of the Bankruptcy Case. (Docs. 2 and 4) (citing Bankr. Dkt. No. 1146, at ¶31(a), attached at Doc. 2-1). Considering the parties' notices and 11 U.S.C. § 362(a) of the Bankruptcy Code, which provides that the commencement of a Chapter 11 case operates as a stay of the continuation of a judicial action against a defendant, an automatic stay of these proceedings is now in effect. *See, e.g., In re Escobedo*, 2014 WL 3051208, at *2 (Bankr. D.N.M.) ("When a bankruptcy petition is filed, § 362(a) automatically stays any proceeding or enforcement action against the debtor."). Counsel shall notify the Court if and when the stay is lifted.

    IT IS SO ORDERED.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STAGES MAGISTRATE JUDGE